# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

## NO. 03-14-00594-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**Texas Department of State Health Services, Appellee**

## APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on August 28, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment that the public information at issue in this case is not confidential under Government Code Section 531.1021. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.